AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

ITEX Corporation,

　　　　Plaintiff,

　　　　　　　v.

Global Links Corp. et al.,

　　　　Defendants.

Attorney Fees
**JUDGMENT IN A CIVIL CASE**

Case Number:  2:14-cv-00057-RCJ-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

　IT IS ORDERED AND ADJUDGED

Plaintiff ITEX Corporation is awarded fees in the amount of $54,560.15. ITEX is also awarded taxable and non-taxable costs in the amount of $1,699.07. The total award granted is $56,259.22.

| 5/7/2015 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Danielle Cacciabaudo |
| | (By) Deputy Clerk |