JOSEPHINE BINETTI McPEAK
Nevada Bar No. 7994
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: jmcpeak@mcdonaldcarano.com

BRIAN C. PARK (*pro hac vice*)
STEVEN E. KLEIN (*pro hac vice*)
STOEL RIVES LLP
600 University St., Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7542
Facsimile: (206) 386-7500
Email: BCPark@stoel.com

*Attorneys for Plaintiff ITEX Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ITEX CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL LINKS CORP., a Nevada corporation, and BXI TRADE EXCHANGE, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:14-CV-00057-RCJ-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

WHEREAS Plaintiff ITEX Corporation and Defendants Global Links Corp. and BXI Trade Exchange have reached a Fed. R. Evid. 408 settlement of this action and have executed a formal settlement agreement:

It is hereby stipulated and jointly requested by Plaintiff and Defendants that the action be dismissed without prejudice, with the Court's existing orders and judgments remaining in effect.

This Stipulation is entered into in good faith and not for any improper purpose.

. . .

1

RESPECTFULLY SUBMITTED this 24th day of September, 2015.

McDONALD CARANO WILSON LLP

By: /s/ Josephine Binetti McPeak
Josephine Binetti McPeak (#7994)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email:  jmcpeak@mcdonaldcarano.com

STOEL RIVES LLP
Brian C. Park (*pro hac vice*)
James M. Shore (*pro hac vice*)
600 University St., Suite 3600
Seattle, WA  98101
Tel. (206) 386-7542
Email:  BCPark@stoel.com

*Attorneys for Plaintiff*
*ITEX Corporation*

KOCH & SCOW LLC

By: */s/ David R. Koch*
David R. Koch (Bar No. 8830)
Daniel H. Stewart (Bar No. 11287)
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052
Tel: (702) 318-5041
Fax: (702) 318-5039
Email: dkoch@kochscow.com
          dstewart@kochscow.com

*Attorneys for Defendants*

*Global Links Corporation*
*and BXI Trade Exchange, Inc.*

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____ 2015.

_____
The Honorable Robert C. Jones.
UNITED STATES DISTRICT JUDGE